Larnell HENDRICK, Plaintiff–
Appellant,

v.

Frank B. BISHOP, NBCI Warden, in their individual and official capacities; Lieutenant Sawyers, in their individual and official capacities; Sergeant G. Forney, in their individual and official capacities; CO II Soltas, in their individual and official capacities; CO II Anderson, in their individual and official capacities; Bill Beeman, NBCI Medical Director, in their individual and official capacities; Dr. Ava Joubert, M.D.; Wexford Health Sources, Inc., Defendants–Appellees.

No. 15–7745.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 21, 2016.

Decided: April 4, 2016.

Larnell Hendrick, Appellant Pro Se. Gina Marie Smith, Meyers, Rodbell & Rosenbaum, PA, Riverdale, Maryland; Ankush Nayar, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larnell Hendrick seeks to appeal the district court's order resolving several of Hendrick's claims in this 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hendrick seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*